UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ANGELA BONITA SIMPSON,  )
                        )
           Plaintiff,   )
                        )
v.                      )     **JUDGMENT**
                        )
                        )     No. 7:12-CV-125-FL
                        )
MICHAEL J. ASTRUE,      )
Commissioner of Social Security, )
                        )
           Defendant.   )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 1, 2012, that Defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g) and § 1383(c)(3) for further proceedings.

**This Judgment Filed and Entered on November 1, 2012, and Copies To:**

H. Clifton Hester (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)


November 1, 2012           JULIE A. RICHARDS, CLERK
                             /s/ Christa N. Baker
                           (By) Christa N. Baker, Deputy Clerk